IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRY DEAN BIRTS**
**REG. #25710-009**                                                                                    **PETITIONER**

v.                                    Case No. 2:13-cv-00129 KGB

**ARKANSAS ATTORNEY GENERAL**                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is dismissed. A certificate of appealability is denied. Any pending motions are denied as moot.

SO ADJUDGED this the 13th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE